# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-3756 PA (PDx) | Date | April 4, 2025 |
|---|---|---|---|
| Title | Judy Turner v. Northrop Grumman Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On July 21, 2023, the Court issued an Order granting Defendants' Motion to Compel Arbitration. The Order states, "The parties shall file a Joint Status Report within two (2) weeks of the arbitrator's decision regarding the arbitrability of Plaintiff's claims. If the arbitrator has not determined arbitrability by December 1, 2023, the parties shall file a joint report beginning on that date and continuing every four months until the arbitrator determines arbitrability." (Docket No. 40 at pg. 9.) The parties' most recent joint status report, which was due no later than April 1, 2025, has not been filed.

The Court therefore orders the parties to show cause in writing on or before **April 14, 2025**, why this action should not be dismissed for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.