JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY TURNER, individually and on behalf of the State of California and other aggrieved persons,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION and NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>Defendants. | CV 23-3756 PA (PDx)<br><br>JUDGMENT |

Pursuant to the "Settlement Agreement" between named plaintiff Judy Turner ("Plaintiff") and defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation (jointly "Defendants"), and in accordance with the Court's May 14, 2025 Minute Order granting Plaintiff's Motion to Approve PAGA Settlement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's May 14, 2025 Minute Order.

DATED: September 12, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE